IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LATANGELA PHILLIPS,          )
                             )
            Plaintiff,       )
                             )
     v.                      )     1:10CV947
                             )
CITY OF CONCORD,             )
                             )
            Defendant.       )

**O R D E R**

On October 31, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docket Entries 24 & 25.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a de novo review and the Magistrate Judge's Recommendation (Docket Entry 24) is hereby adopted.

**IT IS THEREFORE ORDERED** that the Rule 12(c) Motion for Judgment on the Pleadings filed by the City of Concord Parks and Recreation Department (Docket Entry 15) is **DENIED**.

United States District Judge

December 5, 2011