IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

LATANGELA PHILLIPS,            )
                               )
            Plaintiff,         )
                               )
      v.                       )    1:10CV947
                               )
CITY OF CONCORD,               )
                               )
            Defendant.         )

**O R D E R**

On October 31, 2011, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docket Entries 24 & 25.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the Court need not make a <u>de novo</u> review and the Magistrate Judge's Recommendation (Docket Entry 24) is hereby adopted.

**IT IS THEREFORE ORDERED** that the Rule 12(c) Motion for Judgment on the Pleadings filed by the City of Concord Parks and Recreation Department (Docket Entry 15) is **DENIED**.

_____
United States District Judge

December 5, 2011